**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
  E-Mail: turner@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant, ACADEMY COLLECTION SERVICES, INC.

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS P. HOWLAND, | CASE NO. CV 08-05988-MMM (AGRx) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER RE: STIPULATION OF DISMISSAL AND DISMISSAL OF ACTION |
| ACADEMY COLLECTION SERVICES, INC. | |
| Defendant. | The Honorable Margare M. Morrow |

Based upon the stipulation of the parties, and good cause appearing, the action is hereby dismissed with prejudice. Each side shall bear her or its own costs and attorneys' fees.

DATED: April 29, 2009

*Margaret M. Morrow*
HONORABLE MARGARET M. MORROW

4843-2111-1299.1

ORDER RE; STIPULATION OF DISMISSAL AND DISMISSAL OF ACTION